# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2022

Clerk
United States Court of Appeals
  for the Fourth Circuit
Lewis F. Powell Jr. Courthouse and
  Annex
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

        **Re: Dominic Bianchi, et al.,**
            **v. Frosh, Att'y Gen. of MD, et al.**
            **No. 21-902 (Your docket No. 21-1255)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                          Sincerely,

                                          SCOTT S. HARRIS, Clerk

                                          By

                                          M. Altner
                                          Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2022

Mr. David H. Thompson, Esq.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Ms. Julia Doyle Bernhardt, Esq.
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202

Re: **Dominic Bianchi, et al.,
v. Frosh, Att'y Gen. of MD, et al.
No. 21-902**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fourth Circuit.

The petitioners are given recovery of costs in this Court as follows:

**Clerk's costs:**          $300.00

This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Judgments/Mandates Clerk

cc: Clerk, U.S. Court of Appeals for the Fourth Circuit
    (Your docket No. 21-1255)

# Supreme Court of the United States

No. 21–902

**DOMINIC BIANCHI, ET AL.,**

Petitioners,

v.

**BRIAN FROSH, ATTORNEY GENERAL OF MARYLAND, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *New York State Rifle & Pistol Assn., Inc.* v. *Bruen*, 597 U.S. ___ (2022).

**IT IS FURTHER ORDERED** that the petitioners, Dominic Bianchi, et al., recover from Brian Frosh, Attorney General of Maryland, et al., Three Hundred Dollars ($300.00) for costs herein expended.

June 30, 2022

**Clerk's costs:**          $300.00

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States