EB

UNITED STATES COURT OF APPEALS RECEIVED

FOR THE FOURTH CIRCUIT  2022 AUG -8 PM 3: 31

U.S. COURT OF APPEALS
FOURTH CIRCUIT

DOMINIC BIANCHI, et al.,                    *

*Plaintiffs-Appellants*                      *

vs                                           *   Civil No: 21-1255

BRIAN E. FROSH, et al.,                      *

*Defendants-Appellees*                       *

## Motion to Register as an ECF filer

John Cutonilli files this motion to file electronically using the Fourth Circuit ECF system in accordance with Federal Rules of Appellate Procedures 25(a)(2)(B)(ii) and Local Rule 25(a)(1). Cutonilli is an unrepresented person and the rule requires a motion to be filed in this court order in order to file electronically. Cutonilli wishes to file an amicus brief for the Bianchi v Frosh (Case 21-1255) using the ECF system to better facilitate service for the court and all parties involved.

Cutonilli has reviewed the Fourth Circuit ECF Information Page and

understands the rules of e-filing. Cutonilli has access to a computer and the internet in order to e-file. Cutonilli understands approval to e-filing requires Cutonilli to register with PACER for a CM/ECF account with the Fourth Circuit, and that Cutonilli consents to electronic service at the email address registered to the appellant's Fourth Circuit PACER account. Cutonilli understands consent to e-service requires that service of filings via US mail will be discontinued. Cutonilli understands if this motion is granted, the e-filing privilege only applies to this case while it is pending and that abuse of the e-filing privileges may result in revocation of the right to e-file.

    Neither party has objected to Cutonilli filing an amicus brief in this case.

Respectfully submitted,

/s/ John Cutonilli<br>
John Cutonilli<br>
P.O. Box 372<br>
Garrett Park, MD 20896<br>
(410) 675-9444<br>
jcutonilli@gmail.com

5 August 2022

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, amicus John Cutonilli certifies that the amicus is not a publicly held corporation, that the amicus does not have a parent corporation, and that no publicly held corporation owns 10 percent or more of amicus's stock.

Dated: 5 August 2022

/s/ John Cutonilli

John Cutonilli
P.O. Box 372
Garrett Park, MD 20896
(410) 675-9444
jcutonilli@gmail.com

## CERTIFICATE OF COMPLIANCE

I certify that:

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) excluding the parts of the document exempted by Fed. R. App. P. 32(f), because, this document contains 216 words, as determined by Microsoft Office Word software.

2. This document complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word in Times New Roman (14-point).

Dated: 5 August 2022

/s/ John Cutonilli

John Cutonilli
P.O. Box 372
Garrett Park, MD 20896
(410) 675-9444
jcutonilli@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 5 August 2022, I emailed a copy of this document via US Mail (postage paid) to the following:

David H. Thompson
Peter A. Patterson
Tiernan B. Kane
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461

Adam Kraut, Esq.
Firearms Policy Coalition
1215 K Street, 17th Floor
Sacramento, CA 95814

ROBERT A. SCOTT
RYAN R. DIETRICH
Assistant Attorneys General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202

/s/ John Cutonilli

John Cutonilli
P.O. Box 372
Garrett Park, MD 20896
(410) 675-9444
jcutonilli@gmail.com



CAPITAL DISTRICT 208
5 AUG 2022 PM 2 L

RECEIVED
U.S. MARSHALS

John Cutonilli
P. O. Box 372
Garrett Park, MD 20896

Clerk of the Court
Lewis F. Powell, Jr. United States
Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517