UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 9, 2022

_____

N O T I C E

_____

No. 21-1255,    Dominic Bianchi v. Brian Frosh
            1:20-cv-03495-JKB

TO: Counsel and Parties

The parties are advised that the motion for leave to file electronically is considered moot and that the court does not intend to take action on the motion. Filing a motion for leave to file electronically with the Fourth Circuit is not currently required to become a pro se electronic filer.

To qualify as a pro se electronic filer, a pro se litigant must obtain a PACER account and request filing privileges with the Fourth Circuit through their PACER account. Registration for a non-attorney e-filer account through PACER can be completed at **https://pacer.psc.uscourts.gov/pscof/regWizard.jsf**.

If you have already registered as a pro se electronic filer via PACER, no further action is necessary.

Emily Borneisen, Deputy Clerk
804-916-2704