FILED: August 12, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 21-1255
(1:20-cv-03495-JKB)

_____

DOMINIC BIANCHI, an individual and resident of Baltimore County; DAVID SNOPE, an individual and resident of Baltimore County; MICAH SCHAEFER, an individual and resident of Anne Arundel County; FIELD TRADERS LLC, A resident of Anne Arundel County; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS

        Plaintiffs - Appellants

v.

BRIAN E. FROSH, in his official capacity as Attorney General of Maryland; COL. WOODROW W. JONES, III, in his official capacity as Secretary of State Police of Maryland; R. JAY FISHER, in his official capacity as Sheriff of Baltimore County, Maryland; JIM FREDERICKS, in his official capacity as Sheriff of Anne Arundel County, Maryland

        Defendants - Appellees

_____

O R D E R

_____

For reasons appearing to the court, the court rescinds its order dated August 10, 2022, denying proposed amicus curiae John Cutonilli's motion for leave to file amicus brief. Mr. Cutonilli has indicated that no party objects to his filing of an amicus brief in this matter. Therefore, the court will accept the amicus brief upon its timely filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk