UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| DOMINIC BIANCHI, et al., | * | |
| *Plaintiffs-Appellants* | * | |
| vs | * | Civil No: 21-1255 |
| BRIAN E. FROSH, et al., | * | |
| *Defendants-Appellees* | * | |

**Motion for Leave to File Amicus Brief**

John Cutonilli files this motion for leave to file the accompanied Amicus Curiae Brief in Support of Plaintiff-Appellant in accordance with Federal Rules of Appellate Procedures 29(a). Neither party has objected to Cutonilli filing an amicus brief in this case. Plaintiffs-Appellants granted consent while Defendants-Appellees took no position.

Cutonilli is a resident of Maryland and is subject to the same laws in question in this case. As he is unable to bring suit against Maryland due to the precedent set in Kolbe v. Hogan, 849 F.3d 114 (4th Cir. 2017), he seeks to provide additional insight into other aspects of the law that were neither addressed in Kolbe

nor in the court's decision in this case. His intent is to help this court avoid previous errors so that other fellow Americans are not subject to such laws, which are detrimental to public safety. No counsel for any party authored this brief in whole or in part. Apart from amicus curiae, no person contributed money to fund this brief's preparation and submission.

    This brief expands upon the Plaintiffs-appellants' discussion of why Bruen effectively overrules Kolbe. It provides historical insight into how the key phrases, "dangerous and unusual" and "in common use," relate to societal biases that carry forward into Kolbe. It provides examples of the commonly accepted uses of "assault weapons," a term defined in Maryland law. It demonstrates through references to history and precedent, that the people themselves provide public safety. It offers additional textual and history-based interpretation of the text of the Second Amendment. It also provides insight into errors that invalidate the scrutiny process used in Kolbe.

    Respectfully submitted,

/s/ John Cutonilli
John Cutonilli
P.O. Box 372
Garrett Park, MD 20896
(410) 675-9444
jcutonilli@gmail.com

29 August 2022

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, amicus John Cutonilli certifies that the amicus is not a publicly held corporation, that the amicus does not have a parent corporation, and that no publicly held corporation owns 10 percent or more of amicus's stock.

/s/John Cutonilli
John Cutonilli
P. O. Box 372
Garrett Park, MD 20896
jcutonilli@gmail.com

CERTIFICATE OF COMPLIANCE

1. This motion complies with type-volume limitation of Fed. R. App. P. 29(a)(5) because the amicus brief contains 276 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5), and the type style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman type.

Dated: 29 August 2022

/s/ John Cutonilli

John Cutonilli
P.O. Box 372
Garrett Park, MD 20896
(410) 675-9444
jcutonilli@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on 29 August 2022, I emailed a copy of this document to the following:

David H. Thompson, Email: dthompson@cooperkirk.com

Raymond M. DiGuiseppe, Email: law.rmd@gmail.com

Robert A. Scott, Email: rscott@oag.state.md.us

Ryan R. Dietrich, Email: rdietrich@oag.state.md.us

/s/ John Cutonilli

John Cutonilli
P.O. Box 372
Garrett Park, MD 20896
(410) 675-9444
jcutonilli@gmail.com