FILED: January 12, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 21-1255
(1:20-cv-03495-JKB)

———————————

DOMINIC BIANCHI, an individual and resident of Baltimore County; DAVID SNOPE, an individual and resident of Baltimore County; MICAH SCHAEFER, an individual and resident of Anne Arundel County; FIELD TRADERS LLC, A resident of Anne Arundel County; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS

        Plaintiffs - Appellants

v.

ANTHONY G. BROWN, in his official capacity as Attorney General of Maryland; COL. WOODROW W. JONES, III, in his official capacity as Secretary of State Police of Maryland; R. JAY FISHER, in his official capacity as Sheriff of Baltimore County, Maryland; JIM FREDERICKS, in his official capacity as Sheriff of Anne Arundel County, Maryland

        Defendants - Appellees

-------------------------------------

JOHN CUTONILLI

        Amicus Supporting Appellants

————————————————

O R D E R

————————————————

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties and amicus curiae shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case is tentatively calendared for oral argument during the next available argument session.

For the Court

/s/ Nwamaka Anowi, Clerk