# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 16, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No. 21-1255,    <u>Dominic Bianchi v. Anthony G. Brown</u>
                1:20-cv-03495-JKB

TO:   Jim Fredericks
      Woodrow W. Jones
      Micah Schaefer
      David Snope
      Field Traders LLC
      Anthony G. Brown
      Firearms Policy Coalition, Inc.
      Citizens Committee for the Right to Keep and Bear Arms
      John Cutonilli
      Second Amendment Foundation, Inc.
      Dominic Bianchi
      R. Jay Fisher

RESPONSE DUE: 01/19/2024

Response is required to the notice requesting information regarding similar cases on or before 01/19/2024. Please use the following form to submit response: **<u>Response - Similar Cases</u>**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Emily Borneisen, Deputy Clerk
804-916-2704