# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 21-1255

Date of Oral Argument: 03/20/20

Caption: Dominic Bianchi v. Anthony G. Brown

Attorney Arguing: Robert A. Scott

Arguing on Behalf of (party name):
Anthony G. Brown, Col. Woodrow Wilson, R. Jay Fisher, Jim Fredericks, all in their official capacaty

Select party type:
☐ Appellant   ☑ Appellee   ☐ Appellant/Cross-Appellee   ☐ Appellee/Cross-Appellant   ☐ Amicus   ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Robert A. Scott
Phone Number (day of argument): 443-204-6842

Principal Argument Time: 30
(for appellants and appellees)

Rebuttal Argument Time (if any):
(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:
(for appellants and appellees)

Rebuttal Argument Time (if any):
(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:

Select one of the following:   ☐ Order allowing argument time   ☐ Court-Appointed Amicus

Signature: /s/ Robert A. Scott     Date: 01/22/20

03/08/2022 SCC