# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

February 12, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Dominic Bianchi, et al.
v. Anthony G. Brown, in His Official Capacity as Attorney General of Maryland, et al.
No. 23-863
(Your No. 21-1255)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 8, 2024 and placed on the docket February 12, 2024 as No. 23-863.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst