No. 21-1255
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
_____

DOMINIC BIANCHI, ET AL.,

*Plaintiffs-Appellants*,

V.

ANTHONY G. BROWN, ET AL.,

*Defendants-Appellees*.
_____

On Appeal from the United States District Court for the District of Maryland
No. 1:20-cv-03495
Hon. James K. Bredar, District Judge
_____

**CONSENT MOTION FOR LEAVE TO FILE
BRIEF OF EVERYTOWN FOR GUN SAFETY AS AMICUS CURIAE
IN SUPPORT OF DEFENDANTS-APPELLEES**
_____

Janet Carter
William J. Taylor, Jr.
Priyanka Gupta Sen
Everytown Law
450 Lexington Avenue, P.O. Box 4184
New York, NY 10163
(646) 324-8215
wtaylor@everytown.org

February 28, 2024

# INTRODUCTION

Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund; hereafter "Everytown") respectfully moves for leave to file a brief as amicus curiae in the above-captioned matter in support of Defendants-Appellees, in advance of this Court's en banc consideration of this matter.[1] If granted leave, Everytown will file the brief attached as Exhibit A.[2] Plaintiffs-Appellants and Defendants-Appellees consent to this motion.[3]

# INTEREST OF AMICUS CURIAE

Everytown is the nation's largest gun-violence-prevention organization, with over ten million supporters across the country. Everytown was founded in 2014 as the combined effort of Mayors Against Illegal Guns, a national, bipartisan coalition of mayors combating illegal guns and gun trafficking, and Moms Demand Action for Gun Sense in America, an organization formed after a gunman used an assault weapon to murder twenty children and six adults at an elementary school in Newtown, Connecticut. Everytown also includes a large network of gun-violence survivors who are empowered to share their stories and advocate for responsible

---

[1] Everytown has no parent corporations. It has no stock; hence, no publicly held company owns 10% or more of its stock.

[2] No party's counsel authored the letter brief in whole or part and, apart from Everytown, no person contributed money to fund its preparation or submission.

[3] The Court recently granted a similar motion to file an amicus brief in this case. Dkt. 93.

gun laws, as well as a national movement of high school and college students working to end gun violence.

Over the past several years, Everytown has devoted substantial resources to researching and developing expertise in historical firearms legislation. Everytown has drawn on that expertise to file more than 100 amicus briefs in Second Amendment and other firearms cases, offering historical and doctrinal analysis, as well as social science and public policy research, that might otherwise be overlooked. Several courts have expressly relied on Everytown's amicus briefs in deciding Second Amendment and other firearms cases. *See, e.g.*, *Antonyuk v. Chiumento*, 89 F.4th 271, 359 n.81, 360 n.82 (2d Cir. 2023), *pet'n for cert. filed*, No. 23-910 (Feb. 20, 2024); *Ass'n of N.J. Rifle & Pistol Clubs, Inc. v. Att'y Gen. N.J.*, 910 F.3d 106, 112 n.8 (3d Cir. 2018); *Rupp v. Becerra*, 401 F. Supp. 3d 978, 991-92 & n.11 (C.D. Cal. 2019), *vacated and remanded*, No. 19-56004, 2022 WL 2382319 (9th Cir. June 28, 2022); *see also Rehaif v. United States*, 139 S. Ct. 2191, 2210-11 nn.4 & 7 (2019) (Alito, J., dissenting); *cf. Goldstein v. Hochul*, No. 1:22-cv-08300 (S.D.N.Y. Oct. 20, 2022), Dkt. 44 (reasoned order granting Everytown's motion for leave to file similar amicus brief in post-*Bruen* Second Amendment challenge).

### DESIRABILITY AND RELEVANCE OF AMICUS BRIEF

Everytown respectfully submits that its brief will assist the Court by providing additional analysis regarding the methodology for Second Amendment

2

cases in the wake of *New York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022). *First*, Everytown's brief corrects Plaintiffs' misstatement of the initial, textual step of the *Bruen* framework and explains why Plaintiffs have not met their textual burden to establish that assault weapons are "Arms" in common use for self-defense. *Second*, Everytown's brief addresses an important issue that *Bruen* identified, but did not resolve—that is, whether the historical analysis should focus primarily on the public understanding of the right to keep and bear arms in 1791, when the Second Amendment was ratified, or 1868, when the Fourteenth Amendment made the right applicable to the states. *See id.* at 37-38. Everytown's proposed brief explains that 1868 is the correct focus and that sources in the period after 1868 are also critical to the historical analysis—particularly where, as here, the challenged law implicates "unprecedented societal concerns [and] dramatic technological changes," *id.* at 27.

Because the Court may wish to address these issues in deciding this case, Everytown respectfully submits that this amicus brief is "desirable and … relevant." Fed. R. App. P. 29(a)(3)(B); *see* Dkt. 93 (granting similar motion for leave). *See generally Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128 (3d Cir. 2002) (Alito, J., in chambers).

3

## CONCLUSION

For the foregoing reasons, Everytown respectfully requests that this Court grant it leave to file the amicus brief attached hereto as Exhibit A.

Respectfully submitted,

Dated: February 28, 2024  By: /s/ William J. Taylor, Jr.

Janet Carter
William J. Taylor, Jr.
Priyanka Gupta Sen
Everytown Law
450 Lexington Avenue, P.O. Box 4184
New York, NY 10163
(646) 324-8215
wtaylor@everytown.org

*Counsel for amicus curiae
Everytown for Gun Safety*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, I electronically filed this Consent Motion for Leave to File Brief of Everytown for Gun Safety as Amicus Curiae in Support of Defendants-Appellees, including attached Exhibit A, with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated: February 28, 2024           By: /s/ William J. Taylor, Jr.

                                                      Janet Carter
                                                     William J. Taylor, Jr.
                                                     Priyanka Gupta Sen
                                                     Everytown Law
                                                     450 Lexington Avenue, P.O. Box 4184
                                                     New York, NY 10163
                                                     (646) 324-8215
                                                     wtaylor@everytown.org

                                                     *Counsel for amicus curiae*
                                                     *Everytown for Gun Safety*