FILED: March 5, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1255
(1:20-cv-03495-JKB)

_____

DOMINIC BIANCHI, an individual and resident of Baltimore County; DAVID SNOPE, an individual and resident of Baltimore County; MICAH SCHAEFER, an individual and resident of Anne Arundel County; FIELD TRADERS LLC, A resident of Anne Arundel County; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS

    Plaintiffs - Appellants

v.

ANTHONY G. BROWN, in his official capacity as Attorney General of Maryland; COL. WOODROW W. JONES, III, in his official capacity as Secretary of State Police of Maryland; R. JAY FISHER, in his official capacity as Sheriff of Baltimore County, Maryland; JIM FREDERICKS, in his official capacity as Sheriff of Anne Arundel County, Maryland

    Defendants - Appellees

--------------------------------

JOHN CUTONILLI

    Amicus Supporting Appellants

and

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY CENTER TO PREVENT GUN VIOLENCE; MARCH FOR OUR LIVES

      Amici Supporting Appellees

------

O R D E R

------

      This case is scheduled for oral argument on March 20, 2024.

      The parties are directed to file supplemental briefs specifically addressing the following issue:

> Whether the inquiry into a weapon's "common use" occurs at the first step or second step of the framework articulated in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). In answering that question, the parties are to address who has the burden of establishing a weapon's "common use."

      The parties may submit simultaneous briefs, not exceeding ten pages, on or before Tuesday, March 12, 2024.

For the Court

/s/ Nwamaka Anowi, Clerk