FILED: March 6, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1255
(1:20-cv-03495-JKB)

_____

DOMINIC BIANCHI, an individual and resident of Baltimore County; DAVID SNOPE, an individual and resident of Baltimore County; MICAH SCHAEFER, an individual and resident of Anne Arundel County; FIELD TRADERS LLC, A resident of Anne Arundel County; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS

        Plaintiffs - Appellants

v.

ANTHONY G. BROWN, in his official capacity as Attorney General of Maryland; COL. WOODROW W. JONES, III, in his official capacity as Secretary of State Police of Maryland; R. JAY FISHER, in his official capacity as Sheriff of Baltimore County, Maryland; JIM FREDERICKS, in his official capacity as Sheriff of Anne Arundel County, Maryland

        Defendants - Appellees

-------------------------------------

JOHN CUTONILLI

        Amicus Supporting Appellants

and

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY CENTER TO PREVENT GUN VIOLENCE; MARCH FOR OUR LIVES

 Amici Supporting Appellees

_____

CORRECTED ORDER

_____

 This case is scheduled for oral argument on March 20, 2024.

 The parties are directed to file supplemental briefs specifically addressing the following issue:

> Whether the inquiry into a weapon's "common use" occurs at the first step or second step of the framework articulated in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). In answering that question, the parties are to address who has the burden of establishing a weapon's "common use."

 The parties may submit simultaneous briefs, not exceeding ten pages, on or before Tuesday, March 12, 2024. The parties shall file an electronic version and sixteen paper copies of their supplemental briefs.

       For the Court

       /s/ Nwamaka Anowi, Clerk