

**CANDACE MCLAREN LANHAM**
*Chief Deputy Attorney General*

**CAROLYN A. QUATTROCKI**
*Deputy Attorney General*

**LEONARD HOWIE**
*Deputy Attorney General*

Telephone
410-576-7055

**ANTHONY G. BROWN**
*Attorney General*

**STATE OF MARYLAND**
**OFFICE OF THE ATTORNEY GENERAL**

**CHRISTIAN E. BARRERA**
*Chief Operating Officer*

**ZENITA WICKHAM HURLEY**
*Chief, Equity, Policy, and Engagement*

**PETER V. BERNS**
*General Counsel*

Email
rscott@oag.state.md.us

March 18, 2024

Nwamaka Anowi, Clerk
United States Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

      Re:    Rule 28(j) letter, *Dominic Bianchi v. Anthony G. Brown et al.*,
              No. 21-1255

Dear Madam Clerk:

      I write to bring to the Court's attention the decision of the United States District Court for the Central District of California in *Rupp v. Bonta*, 8:17-cv-00746-JLS-JDE (C.D. Cal. March 15, 2023), rejecting a Second Amendment challenge to California's law restricting possession of assault rifles. A copy of the opinion is attached hereto.

      First, the court ruled that the plaintiffs had failed to meet their burden of showing that the firearms covered by California's law were "in common use" for self-defense. Slip op. at 31. The court concluded that statistics showing the number of assault weapons owned and surveys based on the subjective intentions of gun owners were insufficient to make the required showing. Slip op. at 17, n.7. The court ruled that the undisputed facts showed that "assault rifles are dangerous and unusual" and therefore "not protected by the Second Amendment." Slip op. at 32.

      Second, the court alternatively concluded that California's law was consistent with the history and tradition of firearms regulation in the United States under the standard set forth in *New York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022). Slip op. at 51-63.

March 18, 2024
Page 2

The decision in *Rupp* confirms that the restrictions challenged here are constitutional and that this Court should affirm.

                                                  Respectfully submitted,

                                                              */s/*

                                                  Robert A. Scott
                                                 Assistant Attorney General

cc:    All Counsel of Record