# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 20, 2024

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

> Re: Dominic Bianchi, et al.
> v. Anthony G. Brown, in His Official Capacity as Attorney General of Maryland, et al.
> No. 23-863
> (Your No. 21-1255)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari before judgment is denied.

Sincerely,

**Scott S. Harris**, Clerk