FILED: August 6, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1255
(1:20-cv-03495-JKB)

_____

DOMINIC BIANCHI, an individual and resident of Baltimore County; DAVID SNOPE, an individual and resident of Baltimore County; MICAH SCHAEFER, an individual and resident of Anne Arundel County; FIELD TRADERS LLC, A resident of Anne Arundel County; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS

    Plaintiffs - Appellants

v.

ANTHONY G. BROWN, in his official capacity as Attorney General of Maryland; COL. WOODROW W. JONES, III, in his official capacity as Secretary of State Police of Maryland; R. JAY FISHER, in his official capacity as Sheriff of Baltimore County, Maryland; EVERETT L. SESKER, in his official capacity as Sheriff of Anne Arundel County, Maryland

    Defendants - Appellees

------------------------------------

JOHN CUTONILLI

    Amicus Supporting Appellants

and

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; BRADY CENTER TO PREVENT GUN VIOLENCE; MARCH FOR OUR LIVES; EVERYTOWN FOR GUN SAFETY

  Amici Supporting Appellees

------

## J U D G M E N T

------

  In accordance with the decision of this court, the judgment of the district court is affirmed.

  This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

<u>/s/ NWAMAKA ANOWI, CLERK</u>