# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 23, 2024

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re: David Snope, et al.
v. Anthony G. Brown, in His Official Capacity as Attorney
General of Maryland, et al.
No. 24-203
(Your No. 21-1255)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 21, 2024 and placed on the docket August 23, 2024 as No. 24-203.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst