# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 2, 2025

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

> Re:  David Snope, et al.
> v. Anthony G. Brown, in His Official Capacity as Attorney
> General of Maryland, et al.
> No. 24-203
> (Your No. 21-1255)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Alito and Justice Gorsuch would grant the petition for a writ of certiorari.  Statement of Justice Kavanaugh respecting the denial of certiorari.  Justice Thomas, dissenting from the denial of certiorari.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk